# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

April 12, 2011

**Before**

RICHARD A. POSNER, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 09-2880

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States District |
| *Plaintiff-Appellee,* | Court for the Southern District of Illinois. |
| | |
| *v.* | No. 3:07-cr-30179 |
| | |
| CARL A. COURTRIGHT, III, | David R. Herndon, |
| *Defendant-Appellant.* | *Chief Judge.* |

### O R D E R

On consideration of the petition for panel rehearing and suggestion for rehearing *en banc* filed by Petitioner-Appellant on March 25, 2011, the opinion issued in the above-entitled case on January 13, 2010, is hereby **AMENDED** as follows:

Page 4, line 2-3, delete "desktop" and replace with "computer"

Page 12, line 3, delete "large part" and replace with "portion"

Page 12, line 4, delete "was found guilty by a jury of" and replace with "pled guilty to"

No judge in active service has requested a vote on the petition for rehearing *en banc* and the judges on the panel have voted to deny rehearing. It is, therefore, **ORDERED** that the petition for rehearing and suggestion for rehearing *en banc* are **DENIED**.